PD-0319-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/19/2015 3:29:23 PM
Accepted 8/20/2015 1:50:47 PM
ABEL ACOSTA
CLERK

# LAURA KNIGHT

**219 DOLAN ST.**
**EL PASO, TEXAS 79905**

Telephone Number (915) 471-7498
E-Mail Address: Salomelknight3714@att.net

**August 19, 2015**

FILED IN
COURT OF CRIMINAL APPEALS

**Clerk of the Court**
**The Texas Court of Criminal Appeals**
**209 West 14th St. Suite 106**
**Austin, Texas 78701**

August 20, 2015

ABEL ACOSTA, CLERK

Re:     **5th Request for Extension of Time to file Appellant Brief**

**PRD Number 0319-15**

**LAURA KNIGHT**
**Appellant**
**v.**
**THE STATE OF TEXAS**
**Appellee**

**APPELLANT'S PETITION FOR DISCRETIONARY REVIEW of the**
**EIGHTH COURT OF APPEALS JUDGMENT in No. 08-12-00355-CR**
Affirming conviction in Cause No. **20090D02461** from the
346th Judicial District Court of El Paso County, Texas

Dear Sir:

My name is Laura Knight and I am attempting to file a "pro-se" appeal for discretionary review in your court.

I am in the process of developing and writing my appeal for discretionary review in your court of my criminal conviction. I have discovered the difference between a "direct appeal" as from my trial court to the 8th Court of Appeals and realized that your rules for a discretionary appeal makes the appeal totally different from a direct appeal.

This is a learning process for me as I am not an attorney. Nonetheless, I do not want to lose my opportunity to be able to appeal my case to your court. I regret that I am not as fast as an experience lawyer and I need time. I respectfully ask that you please allow me to have a 5th extension of time as to the due date for filing an appellant's brief.

I am working to make sure that my discretionary appeal complies with your rules and Texas law. I do not want to lose my appeal on a technical point.

For the foregoing reason I am not finish with my brief. I need more time to finish my brief and submit the same to your court. I am doing the best with what resources I have. I am asking for an extension to meet my obligations with your appellate requirements.

By this letter I request an extension of at least 30 days to file my appellant's brief.

Respectfully,

Laura Knight